65 F.3d 162
 John C. Hiserodt, M.D., Ph.D.
v.
Donna Shalala, Secretary of Department of Health and Human
Services, National Institutes of Health, William Raub,
Acting Director of National Institutes of Health, Office of
Scientific Integrity, Suzenne W. Hadley, Dr., Deputy
Director Office of Scientific Integrity, Clyde A. Watkins,
Dr., Senior Scientist Office of Scientific Integrity
 NO. 94-3504
 United States Court of Appeals,
Third Circuit.
 July 05, 1995
 
 Appeal From: W.D.Pa., No. 91-cv-00224,
 Bloch, J.
 
 
 1
 AFFIRMED.